**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

### JUDGMENT IN A CIVIL CASE

| | | |
|---|---|---|
| Eddie Mack, | : | |
| Plaintiff, | : | Civil Action 2:06-cv-102 |
| v. | : | Judge Marbley |
| Reginald Wilkinson, *et al.*, | : | Magistrate Judge Abel |
| Defendants | : | |

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

   IT IS ORDERED AND ADJUDGED That pursuant to the March 19, 2008 Order, the plaintiff's objections are OVERRULED, the Report and Recommendation is ADOPTED. This action is hereby DISMISSED.

Date: **March 19, 2008**                    **James Bonini, Clerk**

                                             s/Betty L. Clark
                                             Betty L. Clark/Deputy Clerk